**FILED**
April 16, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CORE<br><br>    Defendant. | Case No.  2:19-cr-00086-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MATTHEW CORE</u> Case No. <u>2:19-cr-00086-KJM</u> Charges <u>18 USC § 1344</u> from custody for the 1following reasons:

    \_\_\_\_\_  Release on Personal Recognizance

    \_\_\_\_\_  Bail Posted in the Sum of $ _____

          \_\_\_\_\_  Unsecured Appearance Bond $ _____

          \_\_\_\_\_  Appearance Bond with 10% Deposit

          \_\_\_\_\_  Appearance Bond with Surety

          \_\_\_\_\_  Corporate Surety Bail Bond

    **X**   (Other): <u>Defendant shall be released on 4/17/2020 at 9:00 AM and immediately upon release transported directly to Well Space on 4/17/2020. Defense counsel shall coordinate the transportation of defendant to Well Space. Pretrial Supervision conditions as stated on the record in open court.</u>

Issued at Sacramento, California on April 16, 2020 at 2:00 PM

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE