William E. Bonham  SBN #55478
Attorney at law
Hotel de' France, Old Sacramento
916 Second Street, 2nd Fl. Ste. A
Sacramento, CA  95814

Telephone: (916) 557-1113; Cell (916) 747-3952
Fax: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorneys for Defendant
MATTHEW CORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW CORE,<br><br>Defendant. | Case No.  2:19-CR-0086-KJM<br><br>STIPULATION AND ORDER FOR ADDITIONAL SPECIAL CONDITIONS OF RELEASE<br><br>Judge: Hon. Kendall J. Newman |

**STIPULATION**

Defendant Matthew Core ("defendant") by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate, agree, and jointly request that the Court enter an order adding the following special conditions of release previously ordered in the NOTICE TO DEFENDANT BEING RELEASED filed and signed by defendant on April 17, 2020 as follows:

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California, unless otherwise approved in advance by the pretrial services officer;

5. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

6. You must refrain from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

7. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

8. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

9. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

10. You must participate in the substance abuse treatment program at Wellspace inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

The parties agree and stipulate, and request that the Court find the following:

Counsel for the defendant acknowledges that he informed his client of the additional special Conditions requested by Steven J. Sheehan, Sr. U.S. Pretrial Services Officer and had defendant him sign a copy of the email from officer Sheehan listing the special conditions of release on April 17, 2020.

IT IS SO STIPULATED.

///

////

| | |
|---|---|
| Dated:  April 21, 2020 | /s/ William E. Bonham<br>William E. Bonham<br>Counsel for Defendant<br>Matthew Core |
| Dated:  February 6, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Robert J. Artuz<br>Robert J. Artuz<br>Assistant United States Attorney |

**FINDINGS AND ORDER**

    IT IS SO FOUND AND ORDERED

Dated:  April 22, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CLIENT NAME / Motion for Bail Review