PHILLIP A. TALBERT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>             v.<br><br>MATTHEW CORE,<br><br>                          Defendant. | CASE NO. 2:19-CR-00086-KJM<br><br>STIPULATION REGARDING RESTITUTION; ORDER |

**PROCEDURAL BACKGROUND**

1. On September 21, 2018, the United States charged both Defendants Matthew Core and Toni Tinay in the above-captioned cases in a single Complaint. *United States v. Core et al.*, 2:18-mj-191-CKD (E.D. Cal.), ECF 1. As alleged in the Complaint, Core and Tinay jointly engaged in criminal acts involving possession of counterfeit Postal Service keys, possession of Postal Service locks, and possession of stolen of U.S. Mail. *Id.* at 3–5. The Complaint identifies evidence showing that Core and Tinay worked together to steal U.S. Mail, commit identity theft, and commit bank fraud with stolen IDs and access devices. *Id.*

2. On February 26, 2019, Defendant Toni Tinay pleaded guilty to bank fraud (18 U.S. § 1344), aggravated identity theft (18 U.S.C. § 1028A), and possession of reproduced U.S. Postal Service keys (18 U.S.C. § 1704). In Tinay's plea agreement, she admitted to working with others, including Person 1, to break into U.S. Postal Service mailboxes for the purpose of ultimately committing bank fraud. *United States v. Tinay*, 2:19-cr-24-JAM (E.D. Cal.), ECF 28 at 13. The

U.S. Probation Office prepared a PSR for Tinay that summarized Tinay's unlawful conduct, and the Court sentenced her on June 11, 2019. ECF 34, 37, 38, 39. She was ordered to pay restitution in the amount of $2,936.10, of which $2,114.25 was to be paid to Mr. D.G.

3. On May 16, 2019, Core was charged by way of indictment. He was charged with many of the same offenses that were at issue in Tinay's change of plea and sentencing proceedings, including bank fraud, aggravated identity theft, possession of stolen U.S. Mail, and unlawful possession of Postal Service locks and keys. *United States v. Core*, 19-cr-86-KJM (E.D. Cal.), ECF 19. Indeed, many of Core's charges stem from the same conduct that provided the factual basis for Tinay's conviction. *See, e.g.*, *id.* at 1–5. In summary, the charged crimes in both the above-captioned cases were perpetrated at least in part by Core and Tinay working together as part of a scheme.

4. On February 3, 2020, Core pleaded guilty, pursuant to a plea agreement. *United States v. Core*, 19-cr-86-KJM (E.D. Cal.), ECF 41, 43. He, like Tinay, pleaded guilty to the counts of bank fraud, aggravated identity theft, and unlawful possession of postal service locks and keys. The U.S. Probation Office prepared a PSR for Core that summarized his unlawful conduct. Core was sentenced on July 26, 2021. He was ordered to pay restitution in the amount of $2,114.25, to Mr. D.G.

**STIPULATION**

5. The parties agree and stipulate, and request that the Court find the following:

    a. The loss incurred by D.G. resulted from a joint scheme in which Tinay and Core both engaged.

    b. The victim, D.G. named in the restitution order for Tinay is the same D.G. named in the restitution order for Core.

    c. By stipulation, the parties now move to amend Core's order of restitution in the amount of $2,114.25 to Mr. D.G. to be joint and several with co-participant, Toni Tinay. (2:19-cr-24-JAM (E.D. Cal.))

IT IS SO STIPULATED.

Dated:  April 3, 2023				PHILLIP A. TALBERT
						United States Attorney


						/s/ JESSICA DELANEY
						JESSICA DELANEY
						Assistant United States Attorney


Dated:  April 3, 2023				/s/ WILLIAM E. BONHAM
						WILLIAM E. BONHAM
						Counsel for Defendant
						Matthew Core


## ORDER

IT IS SO FOUND AND ORDERED this 17th day of April, 2023.

DATED:  April 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE